No. — – ——. CALDWELL *v.* CARLSON, DIRECTOR, FEDERAL BUREAU OF PRISONS. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – ——. IN RE MASON ET UX. Motion for leave to file petition for writ of mandamus and other relief denied.

No. — – ——. PROWS *v.* SPANIOL ET AL.; and
No. — – ——. PROWS *v.* UNITED STATES ET AL. Motions to direct the Clerk to file petitions for writs of certiorari without notarized affidavits in support of motions for leave to proceed *in forma pauperis* denied.

No. — – ——. THOMPSON *v.* TENNESSEE. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 111, Orig. DELAWARE *v.* NEW YORK. Motion of New York for judgment of the pleadings against Texas referred to the Special Master. Motions of Idaho, Arizona, and Alabama et al. for leave to file complaints in intervention referred to the Special Master. Motions of Connecticut, New Mexico, Tennessee, Wisconsin, Virginia, and District of Columbia for leave to intervene referred to the Special Master. [For earlier order herein, see, *e. g.,* 489 U. S. 1005.]

No. A–965 (88–1178). KEANE *v.* UNITED STATES, *ante,* p. 1084. Application to suspend the effect of the order denying certiorari, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. JUSTICE STEVENS took no part in the consideration or decision of this application.

No. D–791. IN RE DISBARMENT OF KROWEN. It is ordered that Jerril J. Krowen, of Boston, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.